# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY L. FOGG

VERSUS

JASON SONNIER, ET AL

NO. 2025 CW 1366

**MAY 18, 2026**

---

In Re:     Gary L. Fogg, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           202516245.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The district court is instructed to
consider and rule on relator's Motion to Lift Stay & Serve
Defendants on or before August 16, 2026, if it has not already
done so.

                          PMc
                          HG
                          TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT